IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–29–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SHYLAO NAOMIE BELGARDE, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 45.) The operative indictment in this case contains a forfeiture allegation. (Doc. 2.) On February 28, 2022, Ms. Belgarde was adjudged guilty as charged in Count I of the indictment. (Doc. 47.) She also admitted the forfeiture allegation. (Doc. 43.) This conviction provides a factual basis and cause to issue a forfeiture order, pursuant to 21 U.S.C. §§ 853, 881(a)(7), (11).

Accordingly, IT IS ORDERED that the Motion (Doc. 45) is GRANTED.

IT IS FURTHER ORDERED that Ms. Beglarde's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853, 881(a)(7), 881(a)(11):

- $11,266.85 U.S. Currency

IT IS FURTHER ORDERED that the United States Marshals Service, the

1

Drug Enforcement Administration, and/or a designated sub-custodian, are directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. §§ 853, 881(a)(7), 881(a)(11) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 28th day of February, 2022.

Dana L. Christensen, District Judge
United States District Court

2