IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHYLAO NAOMIE BELGARDE,<br><br>Defendant. | CR 21–29–BU–DLC<br><br><br><br>ORDER |

This matter comes before the Court on the United States' motion for final order of forfeiture.  (Doc. 55.)  Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853, 881(a)(7), (11).

2. A Preliminary Order of Forfeiture was entered on February 28, 2022. (Doc. 48.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).  (Doc. 49.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853, 881(a)(7), (11).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of

the United States pursuant to 21 U.S.C. §§ 853, 881(a)(7), (11), free from the claims of any other party, the following property:

- $8,947.00 U.S. Currency.

3.  As outlined by the United States, Powell County already forfeited the $2,319.85 U.S. Currency seized from the defendant, and this Order does not forfeit or address that amount.

4.  The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 31st day of May, 2022.

_____
Dana L. Christensen, District Judge
United States District Court